IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIDWESTERN TEAMSTERS HEALTH & WELFARE FUND,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKFORT COMMUNITY UNIT SCHOOL DISTRICT NO. 168,<br><br>Defendant. | Case No.: 08-cv-452-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, Clerk**

**Dated: January 6, 2009**            s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**